IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CHEZ RENALDO REED,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| V. : | |
| : | NO. 5:24-cv-00015-MTT-CHW |
| **SHAWN EMMONS,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

Plaintiff Chez Renaldo Reed, who is currently in the Charles D. Hudson Transitional Center in Lagrange, Georgia, has filed a *pro se* 42 U.S.C. § 1983 complaint relating to time he spent at the Georgia Diagnostic and Classification Prison in Jackson, Georgia. Compl., ECF No. 1. Plaintiff has not either paid the $405.00 filing fee applicable for his complaint or moved for leave to proceed in this action *in forma pauperis*. A prisoner seeking to proceed *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence, and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2).

Therefore, if he wants to proceed with this case, Plaintiff is now **ORDERED** to either pay the $405.00 filing fee in full or file a proper and complete motion for leave to proceed *in forma pauperis*. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this order to either pay the filing fee or submit his motion for leave to proceed *in forma*

*pauperis*. Plaintiff's failure to fully and timely comply with this order may result in the dismissal of this case.

The **CLERK** is **DIRECTED** to forward Plaintiff a blank motion for leave to proceed *in forma pauperis*, along with the appropriate account certification form and Plaintiff's service copy of this order (with the civil action number showing on all). There shall be no service in this case pending further order of the Court.

**SO ORDERED and DIRECTED**, this 31st day of January, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge