IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CHEZ RENALDO REED,** | : | |
| Plaintiff, | : | |
| V. | : | NO. 5:24-cv-00015-MTT-CHW |
| **SHAWN EMMONS,** | : | |
| Defendant. | : | |

## ORDER TO SHOW CAUSE

Plaintiff Chez Renaldo Reed, who is currently being held in the Charles D. Hudson Transitional Center in Lagrange, Georgia, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Compl., ECF No. 1. He also filed a motion for leave to proceed in this action *in forma pauperis*. Mot. for Leave to Proceed *In Forma Pauperis*, ECF Nos. 2 & 6. Plaintiff's motion to proceed *in forma pauperis* was granted, and Plaintiff was ordered to recast his complaint if he wanted to proceed with this action. Order, ECF No. 7. Plaintiff was given fourteen days to recast his complaint and was cautioned that his failure to do so could result in the dismissal of this case.

More than fourteen days have now passed since that order was entered, and Plaintiff has not filed a recast complaint or otherwise responded to the order for him to do so. Accordingly, Plaintiff is now **ORDERED** to **RESPOND and SHOW CAUSE** to the Court why this case should not be dismissed based on Plaintiff's failure to comply with the order to file a recast complaint. Plaintiff shall have **FOURTEEN (14) DAYS** from the

date of this order to respond. Plaintiff's failure to fully and timely respond to this order will likely result in the dismissal of this action.

There shall be no service in this case pending further order of the Court.

**SO ORDERED**, this 22nd day of May, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
