# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**CHEZ RENALDO REED,**

   **Plaintiff,**

  V.

          NO. 5:24-cv-00015-MTT-CHW

**SHAWN EMMONS,**

   **Defendant.**

## ORDER OF DISMISSAL

  Plaintiff Chez Renaldo Reed, who is currently being held in the Charles D. Hudson Transitional Center in Lagrange, Georgia, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Compl., ECF No. 1. He also filed a motion for leave to proceed in this action *in forma pauperis*. Mot. for Leave to Proceed *In Forma Pauperis*, ECF Nos. 2 & 6. Thereafter, Plaintiff's motion to proceed *in forma pauperis* was granted, and Plaintiff was ordered to recast his complaint if he wanted to proceed with this action. Order, ECF No. 7. Plaintiff was given fourteen days to recast his complaint and was cautioned that his failure to do so could result in the dismissal of this case. *Id.*

  More than fourteen days passed following entry of that order, during which Plaintiff did not file a recast complaint or otherwise respond to the order for him to do so. As a result, Plaintiff was ordered to show cause to the Court why this case should not be dismissed based on his failure to comply with the Court's orders. Order to Show Cause, ECF No. 8. Plaintiff was given fourteen days to respond and was cautioned that his failure

to do so would likely result in the dismissal of this case. *Id.*

More than fourteen days have now passed since the show cause order was entered, and Plaintiff has not responded to that order. Therefore, because Plaintiff has failed to respond to the Court's orders and has otherwise failed to prosecute this case, it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 11th day of July, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT